MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Facsimile:  7775.440.2376

*Attorneys for Defendant,*
*Venetian Las Vegas Gaming, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY SMITH, individually,<br><br>                               Plaintiff,<br><br>        vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>                               Defendants. | Case No.:   2:24-cv-00799-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Venetian Las Vegas Gaming, LLC ("Defendant") and Plaintiff Brandy Smith ("Plaintiff") hereby request a thirty day extension of time, up to and including, June 21, 2024 for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1).  The present deadline for Defendant to file its response is May 22, 2024.  This is the parties' first request for an extension of time for Defendant to file its response.

///

///

///

///

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties time to explore resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a thirty day extension of time up to and including June 21, 2024 for Defendant to file its response to Plaintiff's Complaint.

DATED this 21st day of May, 2024.

MAIER GUTIERREZ & ASSOCIATES

/s/ Danielle J. Barraza/
Jason R. Maier
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff,*
*Brandy Smith*

DATED this 21st day of May, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant,*
*Venetian Las Vegas Gaming, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

 5/28/2024
DATED