1  MOLLY M. REZAC
   Nevada Bar No. 7435
2  molly.rezac@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  200 S. Virginia Street, 8th Floor
   Reno, NV 89501
4  Telephone: 775.440.2373
   Facsimile: 7775.440.2376

*Attorneys for Defendant,*
*Venetian Las Vegas Gaming, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY SMITH, individually,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00799-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Venetian Las Vegas Gaming, LLC ("Defendant") and Plaintiff Brandy Smith ("Plaintiff") hereby requests a short extension of time, up to an including July 9, 2024, for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1).  The present deadline for Defendant to files its response is June 21, 2024.  This is the parties' second request for an extension of time for Defendant to file its response.

///

///

///

///

- 1 -

The Parties have engaged in discussions related to several aspects of this case, including settlement discussions. The Parties respectfully requests this extension in order to have the time to allow the parties some additional time to explore resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a thirty day extension of time up to and including July 9, 2024 for Defendant to file its response to Plaintiffs' Complaint.

DATED this 20th day of June, 2024.            DATED this 20th day of June, 2024.

MAIER GUTIERREZ & ASSOCIATES                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Danielle J. Barraza/                      /s/ Molly M. Rezac

Jason R. Maier                                Molly M. Rezac
Nevada Bar No. 8557                           Nevada Bar No. 7435
Danielle J. Barraza                           200 S. Virginia Street, 8th Floor
Nevada Bar No. 13822                          Reno, NV  89501
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148                       *Attorneys for Defendant,*
                                              *Venetian Las Vegas Gaming, LLC*
*Attorneys for Plaintiff,*
*Brandy Smith*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

6/21/2024
DATED

- 2 -