MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Facsimile:  7775.440.2376

*Attorneys for Defendant,*
*Venetian Las Vegas Gaming, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY SMITH, individually,<br><br>                              Plaintiff,<br><br>       vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>                              Defendants. | Case No.:   2:24-cv-00799-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Venetian Las Vegas Gaming, LLC ("Defendant"), by and through undersigned counsel, and Plaintiff Brandy Smith ("Plaintiff"), by and through undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 13th day of August, 2024. | DATED this 13th day of August, 2024. |
| MAIER GUTIERREZ & ASSOCIATES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Danielle J. Barraza, Esq.* | */s/ Molly M. Rezac, Esq.* |
| Jason R. Maier<br>Nevada Bar No. 8557<br>Danielle J. Barraza<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501 |
| *Attorneys for Plaintiff,*<br>*Brandy Smith* | *Attorneys for Defendant,*<br>*Venetian Las Vegas Gaming, LLC* |

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

August 14, 2024
DATED

- 2 -

63517229.v1-OGLETREE